14,884-10

Charles Clay Wilson #521150
Wynne Unit 810 FM 2821          Date 3/10/015
Huntsville, Texas 77349

Court of Criminal Appeal of Texas
P.O. Box 12308, Capital Station
Austin, Texas 78711

Dear,
    I would to ask for A copy of the state order
and State's Response for writ No. W89-96891-R(G)
from the Court of Criminal Appeals respectfully
requested.
        Respectfully Submitted

        Charles C. Wilson #521150
        Charles Clay Wilson

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk